**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| In Re: Amelia M. Macario | Case No.: 10–33252 DM 7 |
|---|---|
| Debtor(s) | Chapter: 7 |

**ORDER AND NOTICE OF DISMISSAL**
**FOR FAILURE TO COMPLY**

    **Notice is given** the debtor(s) having failed to comply with this court's ORDER FOR INDIVIDUAL(S) IN CHAPTER 7 AND CHAPTER 13 CASES TO FILE REQUIRED DOCUMENTS AND NOTICE RE AUTOMATIC DISMISSAL. , filed on 9/23/10 , it is ordered that this case is hereby **dismissed**.

Dated: <u>10/18/10</u>             By the Court:

                                              Dennis Montali
                                              United States Bankruptcy Judge